# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDITH L. HUTCHINSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SOLUTIONS, LLC,<br><br>    Defendant(s). | Case No.: 2:18-cv-02123-RFB-NJK<br><br>**Order**<br><br>(Docket No. 4) |

Before the Court is the parties' notice of settlement. Docket No. 4. The Court **ORDERS** the parties to file a stipulation of dismissal no later than January 28, 2019.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge